UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 10-9760 DSF (PLAx) | Date | 7/25/12 |
|---|---|---|---|
| Title | Darryl Harris, Sr., et al. v. State of California, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order Remanding State Law Claims to State Court

    This case was removed from state court on December 17, 2010. The Court has granted summary judgment as to the federal claims. Pursuant to the parties' stipulations at the motion hearing, (Transcript 7/1/12 at 111:2, 113:23-25), and the Court's discretion under 28 U.S.C. § 1367(c)(3), the Court remands the remaining state law claims to state court.

    IT IS SO ORDERED.