JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DARRYL HARRIS SR., et al., | ) | Case No.: CV 10-9760 DSF (PLAx) |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | JUDGMENT |
| STATE OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

The Court having granted Defendants' motions for summary judgment as to Plaintiffs' federal claims, and there being no other claims before the Court,

IT IS NOW ORDERED AND ADJUDGED that Plaintiffs take nothing, that their claims be dismissed on their merits and with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/27/12

_____
Dale S. Fischer
United States District Judge